UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONVERGENT WEALTH ADVISORS LLC,<br><br>Plaintiff,<br><br>-against-<br><br>LYDIAN HOLDING COMPANY, LYDIAN TRUST CO., LYDIAN WEALTH MANAGEMENT COMPANY LLC, CMS STRATEGIES COMPANY, LLC, WINDERMERE INVESTMENT ASSOCIATES, LLC, and WINDERMERE CAPITAL MANAGEMENT LLC,<br><br>Defendants. | 12 Civ. 01199 (SAS)<br><br>ECF Case<br><br>Hon. Shira A. Scheindlin |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the Complaint in this action, the accompanying Declaration of Joel M. Miller, dated March 23, 2012, and the exhibits thereto, and the accompanying Memorandum of Law, defendants will move this Court, Hon. Shira A. Sheindlin, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, Courtroom 15C, on April 16, 2012, at 9:30 a.m. or as soon thereafter as counsel may be heard, for an order pursuant to Fed. R. Civ. P. 12(b)(1) dismissing the Complaint in this action for lack of a case or controversy within the meaning of U.S. Constitution, Article III, section 2, or, in the alternative, pursuant to Rule 12(b)(6) for failure to state a claim on which relief can be granted.

Dated: March 23, 2012

                                          MILLER & WRUBEL P.C.

                                          Joel M. Miller
                                          Charles R. Jacob III
                                          Amanda F. Parsels
                                          570 Lexington Avenue
                                          New York, New York 10022
                                          (212) 336-3500
                                          Facsimile: (212) 336-3555

                                          *Attorneys for Defendants*

TO:    Alyson M. Weiss
          John Piskora
          Loeb & Loeb LLP
          345 Park Avenue
          New York, NY  10154

          *Attorneys for Plaintiffs*